B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Perkins, Kathleen Elouise** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2153** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1131 N. Claremont Dr**<br>**Palatine, IL**<br>ZIP Code **60074** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed  (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                                Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Perkins, Kathleen Elouise** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **Northern District of Illinois** | Case Number:<br>**14-29420** | Date Filed:<br>**8/11/14** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ David H. Cutler**                    **September  5, 2015**<br><u>Signature of Attorney for Debtor(s)                    (Date)</u><br>**David H. Cutler** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><u>                                                            </u><br>(Name of landlord that obtained judgment)<br><br><u>                                                            </u><br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Perkins, Kathleen Elouise** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kathleen Elouise Perkins**
Signature of Debtor  **Kathleen Elouise Perkins**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September  5, 2015**
Date

### Signature of Attorney*

X **/s/ David H. Cutler**
Signature of Attorney for Debtor(s)

**David H. Cutler**
Printed Name of Attorney for Debtor(s)

**Cutler & Associates, Ltd.**
Firm Name

**4131 Main St**
**Skokie, IL 60076**

Address

                    **Email: stuartlswanson@gmail.com**
**847-673-8600  Fax: 847-673-8636**
Telephone Number

**September  5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Kathleen Elouise Perkins** _____    Case No. _____

Debtor(s)    Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                  Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Kathleen Elouise Perkins**
                      **Kathleen Elouise Perkins**

Date:  **September  5, 2015**

```
AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105
```

```
AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


AES/Capita Ed Fin Cor
Attn: Bankruptcy Dept
PO Box 2461
Harrisburg, PA 17105


Alexian Brothers Center
3436 N. Kennicott Ave
Arlington Heights, IL 60004


Alexian Center for Mental
Bankruptcy Dept
3436 N. Kennicott Ave
Arlington Heights, IL 60004


Alexian Center for Mental
Bankruptcy Dept
3436 N. Kennicott Ave
Arlington Heights, IL 60004


Armor Systems
1700 Kiefer Dr, Ste 1
Zion, IL 60099


Arnold Scott Harris, P.C.
111 West Jackson Blvd
Ste 600
Chicago, IL 60604


Blitt and Gaines, P.C
661 Glenn Ave
Wheeling, IL 60090


Capital One Bank USA NA
C/O LVNV Funding LLC
PO Box 740281
Houston, TX 77274


Chase Bank
PO Box 15298
Wilmington, DE 19850
```

Chicago Healthcare Centers, SC
Bankruptcy Dept
630 E Northwest Highway
Palatine, IL 60074


City of Chicago
C/O Corporation Counsel
30 N. Lasalle 800
Chicago, IL 60602


City of Chicago Bureau of Parking
Department of Revenue
PO Box 88292
Chicago, IL 60680


City of Evanston
C/O Elisabeth E. Howlett
2100 Ridge Ave
Evanston, IL 60201


Clerk, First Mun Div
Bankruptcy Dept
50 W. Washington St., Rm 1001
Chicago, IL 60602


Clerk, First Mun Div
Bankruptcy Dept
50 W. Washington St., Rm 1001
Chicago, IL 60602


Clerk, First Mun Div
Bankruptcy Dept
50 W. Washington St., Rm 1001
Chicago, IL 60602


Clerk, First Mun Div
Bankruptcy Dept
50 W. Washington St., Rm 1001
Chicago, IL 60602


Clerk, Second Mun Div
Bankruptcy Dept
5600 Old Orchard Rd
Skokie, IL 60077

Clerk, Second Mun Div
Bankruptcy Dept
50 W. Washington St., Rm 1001
Chicago, IL 60602


Clerk, Third Mun Div
Bankruptcy Dept
2121 Euclid Ave. #121
Rolling Meadows, IL 60008


Clerk, Third Mun Div
Bankruptcy Dept
2121 Euclid Ave. #121
Rolling Meadows, IL 60008


Consumer Portfolio Services, Inc.
PO Box 57071
Irvine, CA 92619


Deborahs Pl III
C/O Kahn Sanford LTD
180 N. Lasalle #2025
Chicago, IL 60601


Dr. Marco De La Cruz, MD
2266 N. Lincoln Ave
Suite #300
Chicago, IL 60614


Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922


Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922


Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922


Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922

```
Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922


Edfinancial Services
120 N Seven Oaks Dr
Knoxville, TN 37922


Elgin Laboratory Physicians
PO Box 1515
Addison, IL 60101


Elk Grove Village
901 Brantwood Ave
Elk Grove Village, IL 60007


Enterprise Rent-a-car
PO Box 99
Lombard, IL 60148


Equifax
Attn: Bankruptcy Dept
PO Box 740241
Atlanta, GA 30374


Experian
Attn: Bankruptcy Dept
PO Box 2002
Allen, TX 75013


First Health Associates
2010 S. Arlington Heights Rd #42
Arlington Heights, IL 60005


Freedman Anselmo Lindberg
1771 West Diehl Road, Suite 150
Naperville, IL 60563


Harris & Harris
111 W. Jackson Blvd. #400
Chicago, IL 60604


Harris & Harris
111 W. Jackson Blvd. #400
Chicago, IL 60604
```

Harris & Harris
111 W. Jackson Blvd. #400
Chicago, IL 60604


Harris & Harris LTD
111 W Jackson Blvd, Ste 400
Chicago, IL 60604


Harris & Harris LTD
111 W Jackson Blvd, Ste 400
Chicago, IL 60604


Harris & Harris LTD
111 W Jackson Blvd, Ste 400
Chicago, IL 60604


IADT
6039 S Rio Grande Ave
Orlando, FL 32809


IL Dept of Healthcare
Att: Bankruptcy Dept
509 S. 6th St
Springfield, IL 62701


Ilinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave
Downers Grove, IL 60515-1700


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


Lewis University
Bankruptcy Dept
PO Box 1097
Bedford Park, IL 60499

Linebarger Goggan Blair
PO Box 06152
Chicago, IL 60606


Malony & Craven, PC
2013M32093
2093 Rand Rd
Des Plaines, IL 60016


Miraed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277


MiraMed Revenue Group LLC
Dept 77304
PO Box 77000
Detroit, MI 48277


NCO Financial Systems
600 Holiday Plaza Dr, Ste 300
Matteson, IL 60443


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673

```
Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


Northwest Community Hospital
Bankruptcy Department
25709 Network Place
Chicago, IL 60673


OSI Funding Corp
C/O Blitt & Gaines, PC
661 Glenn Ave
Wheeling, IL 60090


Peter Alrecht
30 Douglas Ave
Elgin, IL 60120


Professional Account Mgmt
Bankruptcy Dept
PO Box 391
Milwaukee, WI 53201


Ranny Management
C/O Louis Weinstock
223 W Jackson 512
Chicago, IL 60606
```

Sandra Sklamberg
11M3003218
400 Skokie Blvd #380
Northbrook, IL 60062


Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161


Santander Consumer USA
Bankruptcy Department
8585 N. Stemmons Fwy
Dallas, TX 75247


Skip J. Navar
C/O Maloney & Craven PC
2093 Rand Rd
Des Plaines, IL 60016


State Collection Service, Inc
2509 S Stoughton Rd
Madison, WI 53716


Susan Rahimpour
C/O Sandra Sklamberg
400 Skokie Blvd #380
Northbrook, IL 60062


Tmobile
P.O. Box 724596
Cincinnati, OH 45274


Transunion
Attn: Bankruptcy Dept
PO Box 1000
Chester, PA 19022


US Signal Company
C/O Johnson, Morgan & White
6800 Broken Sound Parkway
Boca Raton, FL 33487


Vein Clinics of America
Bankruptcy Department
1901 Butterfield Rd. Ste 220
Downers Grove, IL 60515

Village of Lakemoor
Bankruptcy Dept
PO Box 66270
Chicago, IL 60666


Village of Palatine
200 East Wood Street
Palatine, IL 60067


Village of Schaumburg
Bankruptcy Dept
1000 W. Schaumburg Rd
Schaumburg, IL 60194


Zingo Cash IL
C/O Feedman Anselmo Lindberg
1771 W. Diehl #150
Naperville, IL 60566